IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DE'ANGELO SANDERS            ) | |
| ) | |
|   Petitioner/Defendant, ) | |
| ) | CIVIL NO. 09-cv-182-MJR |
| vs. ) | |
| ) | CRIMINAL NO. 05-cr-30200 |
| UNITED STATES of AMERICA , ) | |
| ) | |
|   Respondent/Plaintiff. ) | |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

  This matter is before the Court on Petitioner's motion to vacate, set aside, or correct sentence, pursuant to 28 U.S.C. § 2255. Petitioner was found guilty, after a jury trial, of possessing an unregistered firearm and of being a felon in possession of a firearm. Petitioner was sentenced to a total of 295 months imprisonment, 5 years supervised release, a fine of $800, and a special assessment of $200. Petitioner's conviction and sentence were affirmed on direct appeal. *United States v. Sanders*, Case No. 07-116 (7th Cir. March 21, 2008).

  In his § 2255 motion, Petitioner asserts three claims of ineffective assistance of counsel.

  The Court **ORDERS** the Government to file a response to Petitioner's motion within **THIRTY (30) DAYS** of the date of this Order. The Government shall, as part of its response, attach all relevant portions of the record.

  **IT IS SO ORDERED**.

  DATED this 5th day of November, 2009.

                **s/ Michael J. Reagan**
                **MICHAEL J. REAGAN**
                **United States District Judge**